IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF TENNESSEE
_____ DIVISION

RECEIVED
IN CLERK'S OFFICE
OCT 09 2015
U.S. DISTRICT COURT
MID. DIST. TENN.

Ricky Jackson ,  )
_____,  )
_____,  )
_____,
Plaintiff(s),       )

Vs.                 )   Docket/Complaint No._____

                    )   JURY TRIAL DEMANDED

Cherry Lindamood (Warden) ,
Elisha Slocum Medical Supervisor,  )
South Central Correctional Center,
_____,    )
Respondents.

---

**COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
UNDER 42 U.S.C. §1983**

---

I. **PREVIOUS LAWSUITS**

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes (  ) No (✓)

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit on another piece of paper, using the same outline.)

Plaintiff(s)  N/A  _____
_____
_____
_____

Case 1:15-cv-00094   Document 1   Filed 10/09/15   Page 1 of 5 PageID #: 1

Defendant(s) _____

_____

_____

_____

_____

2. Court [if federal court, name the district; if state court, name the county]

    Wayne County

3. Docket number: _____

4. Name of judge to whom case was assigned: _____

5. Disposition [for example: was the case dismissed? Was it appealed? Is it still pending?]

    _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. **PLACE OF PRESENT CONFINEMENT:**

~~Whiteville Correctional Facility~~
~~1440 Union Springs Road~~
~~PO Box 679~~
~~Whiteville, TN 38075~~

South Central Corrections Cente[r]
P.O. Box 279
555 Forrest Ave
Clifton, TN 38425-0279

A. Is there a prisoner grievance procedure in this institution? Yes (✓) No ( )

B. Did you present the facts relating to your Complaint in the state prisoner grievance procedure? Yes (✓) No ( )

C. If your answer is yes,

   1. What steps did you take? __grievance__

   2. What was the result? __P Refusing to admit problem. Still havent received medical treatment__

D.  If your answer is "no" explain why not: N/A

N/A
{
E.  If there is no prisoner grievance procedure in the institution, did you complain to prison authorities?   Yes ( )   No ( )

F.  If your answer is yes,

  1.  What steps did you take? _____

  2.  What was the result? _____

III. **PARTIES:**

[In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional Plaintiffs, if any.]

A.  Name of Plaintiff(s): 494618 Ricky Jackson

Address: P.O. Box 279 Clifton, TN 38425-0279

[In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item C for the names, positions and places of employment of any additional Defendants.]

B.  Name of Defendant: Ricky Jackson _____, is employed
    as Inmate _____ at SCCC _____

    Name(s) of additional Defendants: _____
    _____
    _____
    _____
    _____

IV. **STATEMENT OF CLAIM:**

[State here as briefly as possible the **facts** of your case. Describe how each Defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach additional sheets if needed.]

Refusal of Medical treatment since 7-8-15
Chest Pain, Dizziness, Headaches. Continually taking blood for testing and not doing anything with it. Medical Malpractice

## V. RELIEF

[State briefly **EXACTLY** what you want the Court to do for you.] Make no legal arguments. Cite no statutes.]

To give medical care to me and people like me. To be awarded $3,000,000.00 for pain, suffering, loss of good time.

Signed on this 11th day of September, 2015.

_Ricky Jackson_
Plaintiff

I declare under penalty of perjury that the foregoing is true and exact, to the best of my knowledge, information and belief.

9-11-15
Date

Ricky JACKSON
_Ricky Jackson_
Plaintiff