UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| RICKY JACKSON ] | |
|     Plaintiff, ] | |
| ] | |
| v. ] | No. 1:15-0094 |
| ] | Chief Judge Sharp |
| CHERRY LINDAMOOD, et al. ] | |
|     Defendants. ] | |

**O R D E R**

The plaintiff is an inmate at the South Central Correctional Center in Clifton, Tennessee. On October 21, 2015, an order (Docket Entry No. 2) was entered granting him thirty days in which to submit either the full filing fee of four hundred dollars ($400) or an application to proceed in forma pauperis.

At that time, the plaintiff was forewarned that, in the event he failed to comply with these instructions within the specified period of time, the Court would presume that he was not a pauper, the filing fee would be assessed against him and collected from his inmate trust account, and this action would be dismissed for want of prosecution.

The thirty day period has expired and the plaintiff has not yet complied with the instructions of the Court. Accordingly, the plaintiff is herewith ASSESSED the civil filing fee of $400.00. Pursuant to 28 U.S.C. § 1915(b)(1)(A) and (B), the custodian of the plaintiff's inmate trust account at the institution where he now resides is directed to submit to the Clerk of Court, as an initial partial payment, whichever is greater of:

1

(a) twenty percent (20%) of the average monthly deposits to the plaintiff's inmate trust account; **or**

(b) twenty percent (20%) of the average monthly balance in the plaintiff's inmate trust account for the prior six (6) months.

Thereafter, the custodian shall submit twenty percent (20%) of the plaintiff's preceding monthly income (or income credited to the plaintiff's trust account for the preceding month), but only when such monthly income exceeds ten dollars ($10.00), until the full filing fee has been paid to the Clerk of Court. 28 U.S.C. § 1915(b)(2).

This action is hereby DISMISSED for failure to comply with the instructions of the Court and for want of prosecution. <u>McGore v. Wrigglesworth</u>, 114 F.3d 601, 605 (6th Cir. 1997).

The Clerk is directed to send a copy of this order to the Warden of the South Central Correctional Center to insure that the custodian of plaintiff's inmate trust account complies with that portion of the Prison Litigation Reform Act relating to the payment of the filing fee.

Entry of this order shall constitute the final judgment in this case.

It is so ORDERED.

_____
Kevin H. Sharp
Chief District Judge