UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| RICKY JACKSON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:15cv094 |
| ) | Judge Sharp |
| CHERRY LINDAMOOD, et al. ) | |
| ) | |
| Defendants. | |

ENTRY OF JUDGMENT

    Judgment is hereby entered for purpose1s of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on December 3, 2015.

    KEITH THROCKMORTON, CLERK

    s/ Hannah B. Blaney